# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

────────

No. 17-20302
Summary Calendar

────────

United States Court of Appeals
Fifth Circuit

**FILED**

September 6, 2017

Lyle W. Cayce
Clerk

ANTHONY WHITEHURST; ANTHONY WHITEHURST, on behalf of his
Minor child M.W.,

      Plaintiffs - Appellants

v.

THOMAS L. COUGILL; CHARLES T. MIERS; RICHARD SIMSES; JON C.
VICKLUND; JAMES L. RAY; KYLE D. GIACCO; WILLIAM T. GREEN, III;
WILLINGHAM, FULTZ & COUGILL, L.L.P.; WINSTEAD, P.C.; DAW AND
RAY, L.L.P.; WILLIAM T. GREEN, P.C.; BILL BURKE,

      Defendants - Appellees

────────────

Appeal from the United States District Court
for the Southern District of Texas
USDC No.4:16-CV-3430

────────────

Before REAVLEY, SOUTHWICK, and GRAVES, Circuit Judges.

PER CURIAM:[*]

      Having read all of Appellant's brief and also the complaint that was filed
to initiate the lawsuit. There is no legal claim of error that would give this
court jurisdiction to change the judgment of the district court. Appellant has

─────────

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH
CIR. R. 47.5.4.

No. 17-20302

written well about historical problems and even about courts' jurisdiction, but he fails to allege any legal right of his that has been violated or personal injury suffered as a consequence. This court must affirm the judgment appealed.

AFFIRMED.